# EXHIBIT 1



**UMass Dartmouth**
Secure Processing Center
P.O. Box 680
Central Islip, NY 11722-0680

Kelliann O'Flanagan
[address redacted]

June 16, 2025

Dear Kelliann O'Flanagan:

The University of Massachusetts Dartmouth ("UMass Dartmouth") is committed to protecting the confidentiality and security of the information we maintain. We are writing to let you know about a data security event that may have involved some of your information, including your name, and Social Security number.

As a precaution, we are offering you a complimentary two-year membership to Experian®'s IdentityWorks℠. This product helps detect possible misuse of your information and provides you with identity protection support focused on immediate identification and resolution of identity theft. IdentityWorks is free and enrolling in this program will not affect your credit score. **For more information on IdentityWorks, including instructions on how to activate your complimentary two-year membership and steps you can take in response to this incident, please see the pages that follow this letter.**

We deeply regret any inconvenience or concern this incident may cause and take this matter seriously. To help prevent something like this from happening again, we have implemented, and will continue to adopt, additional safeguards and technical security measures to further protect and monitor our systems. If you have any questions about this incident, please call 855-260-8251, Monday through Friday, between 9:00 a.m. – 9:00 p.m., Eastern Time.

Sincerely,

*[signature]*

David Gingerella
Vice Chancellor of Administration & Facilities